IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

PIERRE PICHETTE,

    Plaintiff,

v.                                                         CASE NO. 1:03-cv-00177-MP-AK

JO ANNE B BARNHART,

    Defendant.

_____/

## **O R D E R**

    This matter is before the Court on Doc. 23, Report and Recommendation of Magistrate Judge Kornblum, recommending that the determination of the Commissioner of Social Security denying Plaintiff's applications for disability insurance benefits under Title II of the Act and supplemental security income under Title XVI of the Act be affirmed. The Magistrate Judge filed the Report and Recommendation on Monday, March 7, 2005. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections. Pursuant to Title 28, United States Code, Section 636(b)(1), this Court must make a *de novo* review of those portions to which an objection has been made. Neither party filed any objections. Having considered the Report and Recommendation and lack of objections thereto timely filed, I have determined that the Report and Recommendation should be ADOPTED.

    Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.     The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. The determination of the Commissioner of Social Security denying Plaintiff's applications for disability insurance benefits under Title II of the Act and supplemental security income under Title XVI of the Act is AFFIRMED.

**DONE AND ORDERED** this __*21st*__ day of April, 2005.

_____*s/Maurice M. Paul*_____
Maurice M. Paul, Senior District Judge .